

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00096-CV

| | | |
|---|---|---|
| MARIE GRAVES, Appellant | § | On Appeal from the 431st District Court |
| V. | § | of Denton County (20-3562-462) |
| | § | November 4, 2021 |
| DJO, LLC, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT ON REHEARING

After considering Appellee DJO, LLC's motion for rehearing, we deny the motion. We deny Appellee's motion for en banc reconsideration as moot. However, we withdraw our September 30, 2021 opinion and judgment and substitute the following.

Having considered the record on appeal, this court holds that there was error in the trial court's order denying Appellant Marie Graves's special appearance. We therefore vacate the trial court's order denying the special appearance, and we dismiss the cause for want of jurisdiction.

It is further ordered that Appellee shall pay all of the costs of this cause, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
  Justice Wade Birdwell